THE PEOPLE OF THE STATE OF NEW YORK ex rel. IDA F. NICHOLS, as Executrix of SETH H. NICHOLS, Deceased, Respondent, *v.* THE BOARD OF TOWN AUDITORS OF THE TOWN OF HORICON, Appellant.

*People ex rel. Nichols* v. *Board of Town Auditors of Town of Horicon*, 136 App. Div. 905, affirmed.
(Argued January 8, 1912; decided January 23, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 15, 1910, which reversed a determination of the defendant disallowing and rejecting a claim of the relator against the town of Horicon.

*Lewis E. Carr* for appellant.

*John H. Cunningham* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.